**Opinion issued August 4, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00432-CV

————————————

**KATHERINE R. WARREN, AS NEXT FRIEND OF M.H.W., A MINOR BENEFICIARY OF THE M.H.W. 2000 TRUST, Appellant**

**V.**

**ANDY I. WEINER, TRUSTEE OF THE M.H.W. 2000 TRUST, Appellee**

---

**On Appeal from the Probate Court No. 4**
**Harris County, Texas**
**Trial Court Case No. 425,578**

---

### MEMORANDUM OPINION

Appellant, Katherine R. Warren as next friend of M.H.W., has filed a petition for permissive appeal seeking to challenge an interlocutory order denying appellant's plea to the jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d) (West 2015); TEX. R. APP. P. 28.3. To be entitled to a permissive appeal

from an interlocutory order that would not otherwise be appealable, the requesting party must establish that (1) the order to be appealed involves a "controlling question of law as to which there is a substantial ground for difference of opinion" and (2) an immediate appeal from the order "may materially advance the ultimate termination of the litigation." TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d); *see* TEX. R. APP. P. 28.3(e)(4); TEX. R. CIV. P. 168. The petition fails to establish that the order involves a controlling question of law as to which there is a substantial ground for a difference of opinion. In addition, the parties have raised these issues in connection with petitions for a writ of mandamus. Accordingly, we deny the petition for permissive appeal.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.